TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00117-CR







Josefina Cabello, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY


NO. 39251, HONORABLE HOWARD S. WARNER, II, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for theft. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



Before Chief Justice Carroll, Justices Aboussie and Jones


Appeal Dismissed on Appellant's Motion


Filed: April 26, 1995


Do Not Publish